COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:   Select Specialty Houston- Houston, L.P., Select Specialty Hospital-
                       Houston Medical Center SSH Houston Medical Center v. Lynella Hart

Appellate case number:   01-13-00107-CV

Trial court case number:   2012-29089

Trial court:                151st District Court of Harris County

On February 8, 2013, this appeal was abated due to removal to Federal Court. On April 24, 2014, appellants filed a Motion to Lift Abatement indicating the case has been remanded. As such, we **GRANT** the motion. This appeal is reinstated on our active docket.

The clerk's record has previously been filed, and the court reporter has filed an information sheet indicating there was no transcript taken. Appellant's brief is due within 20 days of the date of this order. TEX. R. APP. P. 38.6(a).

It is so ORDERED.

Judge's signature: /s/ Justice Harvey Brown
                   X  Acting individually    ☐ Acting for the Court

Date:  May 6, 2014